No. 48. UNITED STATES *v.* STONE, UNITED STATES DISTRICT JUDGE. Argued November 10, 1939. Decided November 22, 1939. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Assistant Attorney General Arnold,* with whom *Solicitor General Jackson,* and *Messrs. Charles H. Weston* and *John Henry Lewin* were on the brief, for the United States. *Mr. Weymouth Kirkland,* with whom *Messrs. Howard Ellis, John L. McInerney,* and *David Fisher* were on the brief, for respondent.

No. —. EX PARTE JOHN MULDOON. November 22, 1939. Application denied.

No. 193. NATIONAL LABOR RELATIONS BOARD *v.* WATERMAN STEAMSHIP CORP. November 22, 1939. Motion of the American Federation of Labor for leave to intervene denied.